AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Agee, George S | 2. Court or Organization<br><br>4th Circuit | 3. Date of Report<br><br>03/18/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Nominee | 5a. Report Type (check appropriate type)<br><br>☒ Nomination    Date 03/13/2008<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>02/29/2008 |
| 7. Chambers or Office Address<br><br>Supreme Court of Virginia<br>100 North Ninth Street<br>Richmond, VA 23219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Trustee | Trust #2 |
| 3. Trustee | Bridgewater College |
| 4. Director | Bradley Free Clinic |
| 5. Justice | Supreme Court of Virginia |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Virginia Supreme Court | $ 14,000 |
| 2. 2007 | Virginia Supreme Court | $ 169,000 |
| 3. 2006 | Virginia Supreme Court | $ 159,000 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1 2008 | Carilion Clinic - Salary |
| 2. 2008 | RGC Resources, Inc - Director Fees |
| 3. 2007 | Carilion Clinic - Salary |
| 4. 2007 | RGC Resources, Inc. - Director Fees |
| 5 | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Exempt | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S | 03/18/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mainstreet Bankshares | A | Dividend | J | U | Exempt | | | | |
| 2. WB | A | Dividend | | | | | | | |
| 3. SUWI, LLC | C | Distribution | L | S | | | | | |
| 4. Agee Mill, LLC | A | Distribution | K | S | | | | | |
| 5. RGC Resources, Inc. | A | Dividend | J | T | | | | | |
| 6. First Citizens Bank | | None | J | T | | | | | |
| 7. Hometown Bank | A | Interest | J | U | | | | | |
| 8. Citibank | A | Interest | K | T | | | | | |
| 9. Metro Wash DCA Airport Bond | A | Interest | J | T | | | | | |
| 10. BBT | A | Dividend | J | T | | | | | |
| 11. BMY | A | Dividend | J | T | | | | | |
| 12. GE | A | Dividend | J | T | | | | | |
| 13. INTC | A | Dividend | J | T | | | | | |
| 14. MCK | A | Dividend | J | T | | | | | |
| 15. MSFT | A | Dividend | J | T | | | | | |
| 16. NSC | A | Dividend | J | T | | | | | |
| 17. RHHBY | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns D1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TWX | A | Dividend | J | T | | | | | |
| 19. WFC | A | Dividend | J | T | | | | | |
| 20. CAIBX | A | Dividend | J | T | | | | | |
| 21. CWGIX | A | Dividend | J | T | | | | | |
| 22. ANCFX | A | Dividend | J | T | | | | | |
| 23. AGTHX | A | Dividend | J | T | | | | | |
| 24. ANWPX | A | Dividend | J | T | | | | | |
| 25. AWSHX | A | Dividend | J | T | | | | | |
| 26. COF | A | Dividend | J | T | | | | | |
| 27. VYFC | A | Dividend | J | T | | | | | |
| 28. NYVCX | A | Dividend | J | T | | | | | |
| 29. KAUCX | A | Dividend | K | T | | | | | |
| 30. LMVTX | A | Dividend | J | T | | | | | |
| 31. ACERX | A | Dividend | K | T | | | | | |
| 32. RKE VA IDA BOND | A | Interest | J | T | | | | | |
| 33. BROADWAY VA IDA BOND | A | Interest | J | T | | | | | |
| 34. IRA #1 | | None | L | T | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,000 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - SENTINEL CAP GRO A | | | | | | | | | |
| 36. - SENTINEL SMALL CO A | | | | | | | | | |
| 37. - SENTINEL MDCpGrA | | | | | | | | | |
| 38. - SENTINEL BALANCED A | | | | | | | | | |
| 39. - SENTINEL COMSTK A | | | | | | | | | |
| 40 - SENTINEL INTL EQUITY | | | | | | | | | |
| 41. RETIREMENT ACCOUNT #1 | None | | M | T | | | | | |
| 42. - RUSSELL 1000 VALUE INDEX | | | | | | | | | |
| 43. - SMALL/MID CAP EQUITY INDEX | | | | | | | | | |
| 44. - INTERNATIONAL EQUITY INDEX | | | | | | | | | |
| 45. - REAL ESTATE INVEST - TRUST INDEX | | | | | | | | | |
| 46. - STABLE VALUE FUND | | | | | | | | | |
| 47. - BOND INDEX FUND | | | | | | | | | |
| 48. - SAND P 500 INDEX FUND | | | | | | | | | |
| 49. TRUST #1 | None | | M | T | | | | | |
| 50. - VALLEY BANK | | | | | | | | | |
| 51. - BANK OF AMERICA | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52 - CITIBANK | | | | | | | | | |
| 53. - MET | | | | | | | | | |
| 54. - WB | | | | | | | | | |
| 55. - ACERX | | | | | | | | | |
| 56. - CAPITAL ONE BOND | | | | | | | | | |
| 57. - FORD MOTOR CO BOND | | | | | | | | | |
| 58. - WELLS FARGO CO. BOND | | | | | | | | | |
| 59 TRUST #2 | | None | M | T | | | | | |
| 60 - CITIBANK | | | | | | | | | |
| 61 - GE | | | | | | | | | |
| 62. - HD | | | | | | | | | |
| 63. - WB | | | | | | | | | |
| 64. - VALLEY BANK | | | | | | | | | |
| 65. - HJG | | | | | | | | | |
| 66 - HYVCX | | | | | | | | | |
| 67 - LMVTX | | | | | | | | | |
| 68 - GENERAL DYNAMICS | | | | | | | | | |

1. Income Gain Codes (See Columns B1 and D4): A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3): J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000

3. Value Method Codes (See Column C2): Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - FORD MOTOR CO. BOND | | | | | | | | | |
| 70. - CAPITAL ONE BOND | | | | | | | | | |
| 71. - WELLS FARGO BOND | | | | | | | | | |
| 72. - WEST BASIN MWD CALIF BOND | | | | | | | | | |
| 73. - ILLINOIS FIN AU REV REF BOND | | | | | | | | | |
| 74. IRA #2 | None | | K | T | | | | | |
| 75. - SENTINEL COM STK A | | | | | | | | | |
| 76. - SENTINEL MD Cp Gr A | | | | | | | | | |
| 77. RETIREMENT ACCOUNT #2 | None | | N | T | | | | | |
| 78. - PIMCO LOW DURATION | | | | | | | | | |
| 79. - VAN KAMPEN EQUITY & INC | | | | | | | | | |
| 80. - AIM MID CAP CORE EQUITY A | | | | | | | | | |
| 81. - FID SPARTAN USEq IDX | | | | | | | | | |
| 82. - FID LOW PRICED STOCK | | | | | | | | | |
| 83. - OAKMARK INTERNATIONAL | | | | | | | | | |
| 84. - ROYCE PREMIER | | | | | | | | | |
| 85. RETIREMENT ACCOUNT #3 | None | | L | T | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - VAN KAMPEN EQUITY & INC | | | | | | | | | |
| 87. - DODGE & COX STOCK FUND | | | | | | | | | |
| 88. RETIREMENT ACCOUNT #4 | None | | K | T | | | | | |
| 89. - EQ GUARANTEED INTEREST | | | | | | | | | |
| 90. - EQ ALLIANCE BERNSTEIN INTL | | | | | | | | | |
| 91. - EQ ALLIANCE BERNSTEIN Sm CpGR | | | | | | | | | |
| 92. - EQ MARKET PLUS MID CAP VALUE | | | | | | | | | |
| 93. - EQ BLACK ROCK BASIC | | | | | | | | | |
| 94. RETIREMENT ACCOUNT #5 | None | | M | T | | | | | |
| 95. - TWEAX | | | | | | | | | |
| 96. - CAAPX | | | | | | | | | |
| 97. - FEIRX | | | | | | | | | |
| 98. - FMCAX | | | | | | | | | |
| 99. - FAERX | | | | | | | | | |
| 100. - GABGY | | | | | | | | | |
| 101. - WEBAX | | | | | | | | | |
| 102. - GABAX | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - GABEX | | | | | | | | | |
| 104. - PREIX | | | | | | | | | |
| 105. LIFE INSURANCE POLICY #1 | | None | L | T | | | | | |
| 106. LIFE INSURANCE POLICY #2 | | None | J | T | | | | | |
| 107. 529 PLAN | | None | K | T | | | | | |

| 1 Income Gain Codes (See Columns D1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

No income from Trusts 1 and 2 comes to me as I am a Trustee only for a third party and receive no compensation for performing my fiduciary duty.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _George Steven Agee_ Date _March 18, 2008_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 20 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 220 | 020 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 35 | 900 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 165 | 000 |
| Real estate owned-add schedule | | 400 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 100 | 000 | | | | |
| Cash value-life insurance | | 85 | 000 | | | | |
| Other assets itemize: | | | | | | | |
| See attached | 1 | 122 | 000 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 165 | 000 |
| | | | | Net Worth | 1 | 817 | 920 |
| Total Assets | 1 | 982 | 920 | Total liabilities and net worth | 1 | 982 | 920 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 14 | 000 | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |